[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 5, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16866
Non-Argument Calendar
_____

D. C. Docket No. 04-00758-CV-BH-B

VICKIE TAYLOR,

Plaintiff-Appellant,

versus

CITY OF DEMOPOLIS, ALABAMA,
MAYOR CECIL WILLIAMSON, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(June 5, 2006)**

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

Vickie Taylor ("Taylor") filed a 12-count complaint in the district court, alleging claims under several federal and state statutes, as well as state-law tort claims. Taylor voluntarily dismissed three of the counts in her complaint, and the district court granted summary judgment to the defendants on each of the remaining claims. Taylor now appeals.

After reviewing the briefs and relevant parts of the record, we affirm for the reasons stated in the district court's memorandum opinion. (R.2-74 at 9-23.)

**AFFIRMED.**